UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
TIM BAKKEN, Individually and on behalf
of a putative class of all those similarly-situated,

                      Plaintiff,

    -against-

UNITED STATES MILITARY ACADEMY;
LT. GENERAL STEVEN W. GILLAND, in his Official
Capacity; BRIGADIER GENERAL SHANE R. REEVES,
in his Official Capacity; COL. KRISTA WATTS, in her
Official Capacity; COL. WINSTON WILLIAMS, in his
Official Capacity; COL. JOSHUA BERRY, in his Official
Capacity; and LT. COL. CAITLIN CHIARAMONTE,
in her Official Capacity,

                      Defendants.
------------------------------------------------------------------x

No. 25-cv-07826

**PROOF OF SERVICE**

      JONATHAN R. GOLDMAN, ESQ., an attorney duly admitted to practice law in the State of New York and in this Court, hereby states and declares under pains and penalties of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the principal of Goldman Law, PLLC, which is co-counsel to the Plaintiff in the above-referenced action.

2. On October 17, 2025[1], I caused to be served the Summons and Amended Complaint in the above-captioned action on Defendant United States Military Academy by mailing same to this Defendant, in a postage-prepaid wrapper, by USPS, Registered Mail, Return Receipt Requested, to the following address:

      United States Military Academy
      c/o Lt. General Steven W. Gilland
      606 Thayer Road
      West Point, New York 10996

      I declare under penalty of perjury that the foregoing is true and correct.

Dated: Newburgh, New York
       November 7, 2025                            */s/ Jonathan R. Goldman*
                                                       Jonathan R. Goldman, Esq. (JG8710)

---

[1] I initially served this defendant on October 8, 2025 by USPS, Certified Mail, Return Receipt Requested; however, on October 14, 2025, I received return of the parcel, denoted as "Return to Sender, Refused, Unable to Forward."