UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
TIM BAKKEN, Individually and on behalf
of a putative class of all those similarly-situated,

                                    Plaintiff,

     -against-

UNITED STATES MILITARY ACADEMY;
LT. GENERAL STEVEN W. GILLAND, in his Official
Capacity; BRIGADIER GENERAL SHANE R. REEVES,
in his Official Capacity; COL. KRISTA WATTS, in her
Official Capacity; COL. WINSTON WILLIAMS, in his
Official Capacity; COL. JOSHUA BERRY, in his Official
Capacity; and LT. COL. CAITLIN CHIARAMONTE,
in her Official Capacity,

                                     Defendants.
------------------------------------------------------------------x

No. 25-cv-07826 (CS)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Jonathan R. Goldman, Esq., dated December 5, 2025, and the exhibit annexed thereto, Declaration of Tim Bakken, dated December 5, 2025, and the exhibits annexed thereto, and Memorandum of Law in Support of Motion, and upon all prior pleadings and proceedings heretofore had herein, Plaintiff Tim Bakken will move this Honorable Court on the 6th day of February 2025, at 10:00 o'clock in the forenoon of that date, or as soon thereafter as counsel may be heard, for an Order, pursuant to Federal Rule of Civil Procedure 65, (1) granting Plaintiff a preliminary injunction enjoining Defendants, their officers, agents, servants, employees, attorneys, and any other persons who are in active concert or participation with any such person, during the pendency of this action, from (a) enforcing United State Military Academy, Dean's Policy and Operating Memorandum 03-24 against Plaintiff and the members of the putative class he seeks to represent, and (b) prohibiting and/or restraining Plaintiff from expressing and/or offering his "opinions," "beliefs," and/or

1

"views" to his students about the subject matter taught in his class; and (2) awarding to Plaintiff such additional relief as the Court deems just, proper and equitable under the circumstances.

Dated: Newburgh, New York
       December 5, 2025

Respectfully Submitted,
GOLDMAN LAW, PLLC
*Co-Counsel* fo*r Plaintiff*

By:   /s/ Jonathan R. Goldman
      Jonathan R. Goldman, Esq. (JG8710)
      372 South Plank Road, Ste. 2
      Newburgh, New York 12550
      (845) 534-6472 Ext. 1001
      (845) 579-3064 [Fax]
      jgoldman@jrgoldmanlaw.com