JAY CLAYTON
United States Attorney for the
Southern District of New York
By:   DANA WALSH KUMAR
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2741
E-mail:dana.walsh.kumar@usdoj.gov

| | |
|---|---|
| TIM BAKKEN, <br><br> Plaintiff, <br><br> - against - <br><br> UNITED STATES MILITARY ACADEMY, *et al.*, <br><br> Defendants. | No. 25 Civ. 7826 (CS) <br><br> **NOTICE OF MOTION** |

     PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint and the Declaration of Colonel Krista Watts and the exhibits attached thereto, Defendants, by their attorney, Jay Clayton, United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing plaintiff's claims under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: New York, New York  
       January 30, 2026

Respectfully submitted,

JAY CLAYTON  
United States Attorney

By: /s/ Dana Walsh Kumar  
DANA WALSH KUMAR  
Assistant United States Attorney  
86 Chambers Street, 3rd Floor  
New York, NY 10007  
Telephone: (212) 637-2741  
Email: dana.walsh.kumar@usdoj.gov