**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTIRCT OF NEW YORK**

| | | |
|---|---|---|
| TIM BAKKEN, individually and on behalf of a putative class of all those similarly situated, | ) ) ) | |
| *Plaintiff,* | ) ) | Case No. 7:25-cv-7826-CS |
| v. | ) ) | |
| UNITED STATES MILITARY ACADEMY, et al., | ) ) | |
| *Defendants.* | ) | |

_____

<u>DECLARATION OF COLONEL KRISTA WATTS</u>

I, Colonel Krista Watts, pursuant to the provisions of 28 U.S.C. § 1746, declare, under penalty of perjury, as follows:

1.      I am currently the Vice Dean for Operations for the United States Military Academy at West Point (USMA or West Point) and an Academy Professor in the Department of Mathematical Sciences.

2.      I am aware of allegations made by the Plaintiff in this lawsuit. I submit this declaration in support of the Defendants' motion to dismiss the complaint and in support of the Defendants' opposition to the Plaintiff's motion for a preliminary injunction. All statements in this declaration are based on my personal knowledge or knowledge obtained in the course of my official duties.

3.      This declaration consists of three parts. Part I describes my professional background, including my experience as Vice Dean for Operations since 2021. Part II provides general background on the United States Military Academy at West Point, its mission, its cadets, and its faculty. Part III addresses some of the rules and regulations governing West Point faculty and explains how these policies apply to Professor Bakken.

1

## I.    Professional Background

4.    I attended West Point as a cadet from 1992 to 1996, when I commissioned into the Army on active duty as a military police officer. I have served as a commissioned Army officer for over twenty-eight years, serving in a variety of tactical and operational assignments. I have a Bachelor of Science in Operations Research from West Point, a Master of Science in Operations Research from the Naval Postgraduate School, and a Doctor of Philosophy in Biostatistics from Harvard University.

5.    I returned to West Point as a professor in 2013. In my role as a professor, my responsibilities include preparing and leading a program of 20 officer and civilian professors in teaching over 1200 cadets including 250 mathematics / operations research majors who are aspiring Army officers. I was responsible for curriculum development, course design, faculty development, classroom instruction, and student assessment within the programs. It was my goal to ensure the faculty succeeded and developed through observations, communication, reviews, and mentorship. Further, I conducted research and remained technically active in areas that benefited both the scholarly academic discipline and the Army. I also served on committees and in activities that furthered the goals of the Department of Mathematical Sciences, the United States Military Academy, and the Army.

6.    Since 2021, I have also served as the Vice Dean for Operations. In my role as Vice Dean, my responsibilities include performing duties as the functional Chief of Staff for the 124 personnel on the Dean's staff.  I supervise the USMA Library, Office of Registrar Services, Center for Enhanced Performance, International Intellectual Development Division, Dean's Action Group, the Assistant Dean for Operations, the Assistant Dean for Policy and Communications, and the Dean's executive staff.  I am responsible for long range planning,

policy development, policy implementation, day-to-day operations, staff action process management, information management, and internal and external communications in support of the USMA Campaign Plan, the Dean's Annual Guidance, and the missions of the 13 academic departments within the Dean's Directorate.

## II.      The United States Military Academy at West Point

7.      The United States Military Academy at West Point was established in 1802. West Point is a four-year, federally established[1] undergraduate institution that prepares cadets to become leaders and officers in the United States Army. West Point's mission is "to build, educate, train, and inspire the Corps of Cadets to be commissioned leaders of character committed to the Army values and ready for a lifetime of service to the Army and Nation."

8.      West Point is under the immediate supervision and control of the Department of the Army. West Point's Superintendent is the commander of the Academy and the military installation on which it is located. Upon entry to West Point, cadets are members of the Army. Each cadet receives an annual salary, room, board, medical, and dental care, and is subject to the Uniform Code of Military Justice.

9.      West Point's academic program is designed to develop cadets' critical thinking and creative problem-solving skills. Upon graduation, all cadets receive a Bachelor of Science degree and are fully prepared to meet the intellectual requirements of a leader in today's Army. In addition to courses in science, engineering, mathematics, the humanities, and social sciences, West Point offers courses in military instruction that are not offered outside of the military

---

[1] *See* 10 U.S.C. § 7431(a) (establishing "a United States Military Academy, at West Point, New York").

3

service academies. (Past course offerings include, for example, "Special Ops: Theory & Practice," "Introduction to Warfighting," and "Platoon Operations.").

10.     Cadets must also participate in rigorous military training and mandatory athletic activities. Following graduation, cadets are commissioned as active-duty officers with an obligation to serve a minimum of five years on active duty. West Point is a significant source of officer commissions for the Army; it historically provides approximately 20% of those commissions, and West Point graduates constitute 33% of general officers in the Army. Accordingly, West Point is a vital pipeline to senior leadership in the Armed Forces.

11.     West Point faculty members, both military and civilian, are members of the academic profession and are simultaneously employees of the Federal government. Military professors are uniformed members of the United States Army. Civilian professors are Federal civilian employees of the Department of the Army employed under 10 U.S.C. § 7438. Currently, West Point employs 495 military officers and 188 civilians as members of the faculty. Professor Tim Bakken is a civilian member of the faculty, who has been employed at West Point since 2000.

## III.     Rules and Regulations Governing West Point Faculty

12.     All faculty are subject to Department of Defense (DoD), Headquarters, Department of the Army (HQDA), and USMA rules and regulations. Uniformed members of the faculty are further subject to rules and regulations governing United States Army officers.

13.     In drafting internal policies and procedures, USMA remains cognizant of overarching DoD and HQDA regulations. These regulations apply to all members of the Department of the Army: both military members and Federal civilian employees. Except in very rare circumstances (for example, the Hatch Act, which relates to off-duty political activity) these

4

regulations apply to civilian employees only when in the performance of their duties or when utilizing their Army affiliation.

14.    Both Army Regulations and West Point policy require Professor Bakken to take specified actions when he seeks to speak or write with external audiences. No policy of DoD, HQDA, or USMA impacts Professor Bakken's external communications in his personal capacity when not using his affiliation with the government, the Army, or West Point.

**Army Regulation 360-1,** *The Army Public Affairs Program*

15.    The Department of the Army Regulation relating to Public Affairs is Army Regulation (AR) 360-1. A copy of AR 360-1 is publicly available at https://armypubs.army.mil/ProductMaps/PubForm/Details.aspx?PUB_ID=1020482. The current edition of AR 360-1 went into effect on October 8, 2020, and remains in effect today. Army Regulation 360-1, paragraph 7-44, requires military members and civilian employees to gain "clearance through security review and PA (Public Affairs) [f]or all official speeches and writings that are presented or published in the civilian domain, to include materials placed on the internet, or released via similar digital media." The Applicability portion of the regulation states the regulation applies to both military members and civilian employees of the Department of the Army.

16.    At West Point, this works through supervisory channel awareness and oversight. When any military member assigned to West Point or any civilian employed by West Point seeks to make an external statement, give a speech to an external audience, or publish any scholarly work that utilizes their official position, they must inform their supervisor. The same is not true for statements, speeches, writings, or internet postings conveyed in their personal capacities,

where their affiliation is not apparent. In those cases, West Point employees are not required to inform anyone of their person, unofficial activities.

### Dean's Policy and Operating Memorandum 03-24

17.     Locally, West Point has published a similar policy, which specifically applies to academic faculty. A true and correct copy of this policy is attached as **Exhibit A**.  Because West Point is both an accredited academic undergraduate university and a critical component of the DoD officer training and accession structure, the intent of Army's Public Relations regulation required further emphasis and explanation for those faculty members engaged in the college-level academic space. West Point's professors routinely attend academic conferences, present scholarly research findings, publish academic work, and speak with external audiences and the media. These external, public-facing engagements are planned, encouraged, and critical to the accomplishment of the US Military Academy's mission.  It is imperative that the American public be aware of USMA and its stature in college academic circles.  Public exposure serves as a critical element of the Army's officer recruiting mission.  USMA, however, must adhere to DoD and HQDA guidance.  For this reason, the Office of the Dean reissued Policy Memorandum (DPOM) 03-24, Academic Engagement Policy, on February 13, 2025.

18.     This Academic Engagement Policy restates the Army's posture on external communications and applies it to external engagement circumstances commonplace for West Point faculty. In paragraph 4.b., it identifies Department Heads as the approval authority for external engagements of any sort and qualifies that it applies only "while on duty or when using any USMA affiliation or branding." For this reason, a civilian employee speaking or writing in a personal capacity and without West Point affiliation is unaffected by DPOM 03-24.  In short, if a member of the faculty is going to say something to external audiences, he or she must inform

their supervisor when using the imprimatur of the employer, in this case, West Point. DPOM 03-24 further provides a workable contingency for writing or speaking that has the potential to be viewed as containing messaging unapproved by DoD, HQDA or USMA. Paragraph 4.d. reminds Department Heads of the appropriateness of a disclaimer. This way, members of the public understand that a professor's point of view is his or her own, not the position of DoD, the Army, or West Point. The policy stops short of requiring explicit sanction of any anticipated external communication. Instead, it requires faculty members to let USMA leadership know when external communications using USMA affiliation are impending.

### Other West Point Policies Governing Civilian Faculty

19.     DPOM 03-24, and related laws, employment regulations, and specific USMA policies, apply to all members of the faculty at West Point, military and civilian.  Currently, West Point employs 188 civilians and 495 military officers as members of the faculty. Like military faculty, civilian faculty members are similarly subject to applicable DoD, Army, and USMA policies.

20.     For example, on October 8, 2020, West Point issued "the United States Military Academy (USMA) at West Point Policy for Social Media and External Official Presence Websites." A true and correct copy of this policy is attached as **Exhibit B**. The policy applies to staff and faculty, cadets, and all others employed by USMA. It emphasizes the critical distinction between official West Point affiliated social media sites and participation in personal social media activity, reminds internal content creators of government ethics rules, and requires notification to the Public Affairs Office. It also reinforces the importance of awareness of West Point affiliation in both official and unofficial internet postings.

21.    On August 13, 2025, West Point revised and reissued Policy #MA-25-10 "Civilian Telework and Remote Work Guidance," expounding upon Office of Personnel Management (OPM), DoD, and HQDA guidance governing certain aspects of civilian employees, to include civilian faculty members' place of employment.  A true and correct copy of this policy is attached as **Exhibit C**.

22.    On February 20, 2025, West Point revised and reissued USMA Regulation 150-2, Civilian Faculty Career Model. A true and correct copy of this regulation is attached as **Exhibit D**. This regulation affirms the critical nature of the civilian faculty at West Point and emphasizes their importance in providing "specialized knowledge of their disciplines," and notes how they "bring perspectives, ideas, and backgrounds that enrich the curriculum and expand instructional methodology." It reinforces the Federal employment aspects of the civilian professor cohort. Paragraph 7-6e contains extensive rules on the Professional Conduct of members of the civilian faculty, including rules related to their appearance and dress, and limitations on faculty-cadet personal and financial relationships.  These rules relating to personal and financial relationships extend to off-duty situations, even when the parties may consent.

23.    On May 19, 2023, West Point revised and reissued USMA Regulation 150-4, Academic Freedom at the United States Military Academy. A true and correct copy of this regulation is attached as **Exhibit E**. This regulation contains USMA's expansive vision for academic freedom within the undergraduate collegiate intellectual space, and states that USMA subscribes to the principles of academic freedom captured in the American Association of University Professors (AAUP) 1940 Statement of Principles on Academic Freedom and Tenure, the most commonly accepted statement of academic freedom's tenets The regulation explicitly identifies the prepublication review requirement of DoD and HQDA and delegates

prepublication reviews to the lowest possible level, which is the Department Head level. Paragraph 6-2e highlights that prepublication review requirements have been in place prior to 2025, and is a typical requirement of employment, . Finally, the regulation provides a process to seek redress for a faculty member who believes they have been harmed by an unjust abridgement or violation of academic freedom.

24. On July 1, 2020, West Point incorporated two pre-existing DPOMs into USMA Regulation 150-6, Academy Research, reinforcing the Army's public relations prepublication review requirement and stating that "publications and presentations by cadets and researchers in public venues are to be done in accordance with Army Regulation 360-1, Chapters 5 and 6." A true and correct copy of this regulation is attached as **Exhibit F**. It also identifies the requirement for a disclaimer when a title or other DoD or USMA affiliation is apparent in the publication. Additionally, this regulation provides for further mechanisms of institutional review for certain research topics. This is another example of how the scope of a professor's academic work can be delineated by his or her employer when it involves areas and topics inimical to West Point's mission. It does not affect research completed in an off-duty status that does not involve West Point affiliation

25. These internal West Point regulations and polices accomplish several things. First, they achieve compliance with mandatory DoD and HQDA rules. Second, they provide supervisors and senior USMA leaders notice when an employee is speaking, teaching, or writing to a public audience, utilizing their West Point affiliation. This permits the Academy to leverage faculty members' scholarly work for the benefit of the Academy, by calling attention to it and recognizing excellence where appropriate. Positive academic press is critical for colleges and universities, who are competing for talent. Success in this space results in a higher caliber of

cadet and consequently, a higher caliber of U.S. Army officer.  Third, these regulations and policies permit senior Academy officials to be prepared for follow-up questions or concerns by the American public or by governmental leaders.  The risk that a professor is perceived to be speaking on behalf of West Point or the government is high when a disclaimer is not utilized. Experience in this position has shown that public discourse in the digital age develops too rapidly for after-the-fact disclaiming clarifications to be effective.  Finally, these policies delineate the correct line between a professor's external communications using his or her West Point affiliation, and those unscrutinized, external communications that can occur without using any West Point affiliation.

**Application to Professor Bakken**

26.  As a Civilian Professor at West Point, Professor Bakken is required to comply with DoD, HQDA, and USMA policies as a condition of his employment. As of the date of this declaration, West Point has not denied Professor Bakken permission to speak, write, or publish pursuant to the terms of the challenged policy. Professor Bakken has not submitted any work or speaking proposal to his supervisor and, as such, West Point has not restricted him from pursuing any planned projects. West Point has not taken any punitive or disciplinary action against Professor Bakken associated with the challenged policy. Professor Bakken continues to teach in the employ of West Point.

Dated: West Point, New York

      January 30, 2026

WATTS.KRISTA.LEIGH.1082977453  
Digitally signed by WATTS.KRISTA.LEIGH.1082977453  
Date: 2026.01.30 15:29:48 -05'00'

_____

COLONEL KRISTA WATTS

10