# EXHIBIT A

# Dean's Policy and Operating Memorandum 03-24

**OFFICE OF THE DEAN**
**UNITED STATES MILITARY ACADEMY**
**WEST POINT, NEW YORK  10996-1905**

MADN                                                                                          **13 February 2025**

**Memorandum No. 03-24**

**ACADEMIC ENGAGEMENT POLICY**

|                                                      | Para |
|------------------------------------------------------|------|
| Purpose                                              | 1    |
| References                                           | 2    |
| Applicability                                        | 3    |
| Policy and Procedures                                | 4    |
| Proponent                                            | 5    |

1. PURPOSE.  This policy standardizes procedures for engaging with audiences external to USMA.

2. REFERENCES.

   a.  DODI 5230.09, Clearance of DOD Information for Public Release.
   b.  DODI 5230.27,  Presentation of DoD-Related Scientific and Technical Papers at Meetings
   c.  DODI 5230.29, Security and Policy Review of DOD Information for Public Release.
   d.  AR 70-31, Standards for Technical Reporting
   e.  AR 360-1, The Army Public Affairs Program.
   f.  AR 670-1, Wear and Appearance of Army Uniforms and Insignia.
   g.  USMA Regulation 150-4, Academic Freedom.
   h.  USMA Regulation 150-6, Academy Research.

3. APPLICABILTY.  Faculty members and librarians covered by USMA Regulation 150-4, Academic Freedom.  All staff and faculty must be familiar with the provisions of AR360-1, The Army Public Affairs Program.

4. POLICY AND PROCEDURES.

   a. This policy does not apply to work that results from the fulfillment of direction or a tasking by entities within USMA, the Department of the Army, or the Department of Defense, or that have potential OPSEC or security concerns.

   b. Department Heads are the approval authority for engagements with any audience external to USMA that are within faculty members' disciplinary areas of expertise while on duty or when using any USMA affiliation or branding. Examples of such engagements include (but

MADN
SUBJECT:  Academic Engagement Policy

are not limited to) journal publications, conference presentations, media interviews, podcasts, opinion editorials, blog posts, social media posts, etc.  Department Heads are also the approval authority for military faculty members to speak publicly in uniform. The Director of Library Services and Vice Deans serve in the same capacity as Department Heads for works related to librarian or staff duties.

c.  Department Heads should consult with the Vice Dean for Engagement and Research (VDER) as necessary when assessing requests for engagement with external audiences.

d.  Department Head approval may be contingent on conditions such as use of a disclaimer (AR360-1 7-44f(3)) or prohibition from using USMA affiliation or branding.

e.  Departments will work with the VDER and the Dean's Engagement Cell to highlight public engagements as appropriate.

f.  Any questions should be directed to the VDER.

5.  PROPONENT.  The proponent for this *Dean's Policy and Operating Memorandum* is the Vice Dean for Operations, Office of the Dean (MADN), x2807.

FOR THE DEAN OF THE ACADEMIC BOARD:


KRISTA WATTS
COL, Academy Professor
Vice Dean for Operations

2