

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 21, 2026

**By ECF**

The Honorable Cathy Seibel
United States District Judge
300 Quarropas Street
White Plains, NY 10601

   Re: *Tim Bakken v. U.S. Military Academy*, *et al.*, No. 25 Civ. 7826 (CS)

Dear Judge Seibel:

   This Office represents the United States Military Academy ("USMA") and the individual defendants (the "Government"), in the above-referenced action.  We write respectfully to request an eleven-day extension of the Government's deadline to answer the Amended Complaint, from July 23, 2026, to August 3, 2026.

   The reason for this request is that the Government requires additional time to consult with USMA in responding to the Amended Complaint.  This is the Government's third request for an extension of its deadline to answer the Amended Complaint.  Plaintiff consents to this request.

   We thank the Court for its attention to this matter and consideration of this request.

       Respectfully,

       JAY CLAYTON
       United States Attorney

   By:   /s/ *Dana Walsh Kumar*
       DANA WALSH KUMAR
       Assistant United States Attorney
       Tel.: (212) 637-2741

cc: Plaintiff's Counsel (By ECF)