**Government Executive**

**Federal acquisition rewrite leaves cybersecurity confusion unresolved**

[SPONSORED] A Trusted Partner in Preventive Health

○○○



Sen. Richard Blumenthal, D-Conn., in the U.S. Capitol on Oct. 1. He recently introduced a bill addressing potential case backlogs at the Merit Systems Protection Board. ANDREW HARNIK / GETTY IMAGES

*Management*

# Federal employee appeals board gets quorum after Senate confirms new member

Congressional Democrats also introduced legislation that would allow federal employees to file appeals in a civil court if the Merit Systems Protection Board is backlogged.

**SEAN MICHAEL NEWHOUSE**  |  OCTOBER 8, 2025

MSPB        CONGRESS

The return of a quorum to the Merit Systems Protection Board may undercut the rationale behind a new Democratic bill that would enable federal employees who appeal disciplinary actions taken against them to the three-member panel to move their cases to a civil court if the quasi-judicial agency is experiencing delays.

MSPB had been without a quorum since the spring when the Supreme Court temporarily permitted President Donald Trump's firing of Democratic board member Cathy Harris. The justices are scheduled during their current term to consider a related case, which could expand the president's power to remove leaders of historically independent agencies with leaders from both parties, over the firing of Rebecca Slaughter, a Democratic member of the Federal Trade Commission.

The Senate on Tuesday, however, confirmed the nomination of James Woodruff to be a member of the MSPB. He was considered in an en bloc package of nominees that was approved in a 51-47 party-line vote.

Woodruff joins Henry Kerner, who is also a Republican and had been the board's sole member following Harris' removal and the end of Democratic MSPB board member Raymond Limon's term in February. No more than two members of the panel can be from the same political party.

Cited in Bakkers US Mil Acad 25CV7826 Decided 6/30/26 Archived 6/30/26 This document is protected by copyright. Further reproduction is prohibited without permission.

**Government Executive**

he has argued cases before MSPB as a lawyer for the Air Force. According to Woodruff's LinkedIn, he is pursuing a Master of Liberal Arts degree in digital media design and a graduate certificate in front end web development at Harvard's Extension School.

Also on Tuesday, Senate and House Democrats introduced the Fair Access to Swift and Timely Justice Act (S. 2977), which would grant a private right of action to federal employees if MSPB does not act on an appeal after 120 days.

"Our measure helps federal employees who have been illegally fired by the Trump administration get the justice they deserve," the bill's sponsor, Sen. Richard Blumenthal, D-Conn., said in a statement. "The Trump administration's efforts to undermine the independent MSPB have already resulted in significant delays for fired federal workers seeking relief."

The measure is cosponsored by 11 Senate Democrats. Rep. James Walkinshaw, D-Va., is planning to introduce companion legislation in the House, according to a press release. Walkinshaw has continued the legislative focus on federal employees of his predecessor, and former boss, Rep. Gerry Connolly, D-Va., who died from cancer in May.

The bicameral bill is endorsed by the American Federation of Government Employees, the nonprofit Government Accountability Project and the National Active and Retired Federal Employees Association.

"If the MPSB has no quorum, appeals to its authority may languish without action," NARFE National President William "Bill" Shackelford said in a statement. "This bill provides an alternative remedy when the MSPB is unable to hear a case in a timely manner, allowing public servants who may have been terminated for political reasons to file an action in federal court."

In the midst of the Trump administration's efforts to shrink the federal workforce, MSPB reported in its fiscal 2026 congressional budget justification that, as of May 24, it had received 11,166 appeals, which is twice its typical workload in a fiscal year.

Given that the agency was operating without a quorum, this led to fears that history would repeat itself. Between 2017 and 2022, MSPB's board either had just one Senate-confirmed member or none, creating a 3,800-case backlog that was only resolved in fall 2024.

Zachary Kurz, MSPB's communications director, told *Government Executive* in July that the increase in appeals and lack of quorum had not yet created a backlog because the agency was "fully functional" at the regional and field level.

"Under our statutory process, these cases are adjudicated first by MSPB's administrative judges who continue to issue initial decisions," he said in a statement. "Given that these filings are still making their way through the AJ process, there has been no backlog as a result."

A *Government Executive* email to Kurz on Wednesday received an automatic reply that he has been furloughed due to the ongoing government shutdown. MSPB has ceased all of its operations due to the lapse in funding. G

Cited in Bekken v US Mil Acad
25CV7826 Decided 5/26/26
Archived on 6/30/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

**Share your news tips with us:**
**Sean Michael Newhouse:** snewhouse@govexec.com, Signal: seanthenewsboy.45

## SHARE THIS:

## NEXT STORY:

Senate again votes against ending shutdown, something White House said would trigger layoffs



ce
**signs order moving thousands of federal employees into Schedule F**



6/30/26, 1:19 PM
Case 7:25-cv-07826-CS — Document 78 — Filed 07/23/26 — Page 3 of 5
Federal employee appeals board gets quorum after Senate confirms new member | Government Executive



**ere told they'd move on. A year later, many fired federal employees say they haven't been able to**



**ce** **Pay & Benefits**

**uld limit federal relocations to states with abortion restrictions** **OPM to set new requirements to 'verify' FEHBP enrollments**

*enefits* **Sponsor Content**

**ng paid leave for federal workers is back on the table** Troubleshoot complex application environments



Cited in Bakken v US Mil Acad
25CV7826 Decided 5/26/26
Archived on 6/30/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

Senate Majority Leader Sen. John Thune, R-S.D., pauses as he speaks to members of the press outside the Senate chamber at the U.S. Capitol on Oct. 6, 2025 The federal government shut down last week after Congress and the White House failed to negotiate a deal on extending pandemic-era health care funding before the end of the fiscal year. ALEX WONG/GETTY IMAGES

*Management*

# Senate again votes against ending shutdown, something White House said would trigger layoffs

There is still no path toward reopening government and Trump reiterates RIF threat.

**ERIC KATZ** | **OCTOBER 6, 2025**

**SHUTDOWN** **RIFS** **WHITE HOUSE**

The Senate on Monday once again rejected proposals to reopen the government, raising the prospect of widespread layoffs across federal agencies.

As they did several times last week, all but three Democrats rejected a House-backed continuing resolution to reopen agencies through Nov. 21, denying the legislation the 60 votes required for its passage. Democrats and Republicans remain divided and no clear path toward resolving the impasse has emerged.

![Government Executive]

funding lapse to implement layoffs across government. Multiple officials indicated Monday's vote was Democrats' final opportunity to fund the government without reduction-in-force notices being sent out.

"There will be a team of people in the Oval [Office] with the president hoping that we're going to get the government to stop being shut down," said Kevin Hassett, director of the White House's National Economic Council, said on *CNBC* Monday, referencing the Senate vote Monday evening, "but if not, then I would guess that that team in the Oval is going to start taking sharp measures."

White House Press Secretary Karoline Leavitt on Monday reiterated that layoffs would be "an unfortunate consequence" of the shutdown continuing.

Asked about the timing for RIF notices to go out, Leavitt said, "We'll see how the vote goes tonight."

President Trump said a failed Senate vote on Monday "could" lead to layoffs and "at some point, it will." Trump has said the layoffs will target "Democrat agencies," which Hassett clarified meant agencies that typically align with Democratic priorities.

Senate Democrats continue to demand that as part of any deal to reopen government Congress address the dramatic premium increase set to hit at the end of the year for those receiving health insurance through the Affordable Care Act. Republicans have not backed down from their position that they will only negotiate over the issue once the government is reopened.

Hassett contended that Democrats will bear the blame for any layoffs that occur, though no previous shutdown has triggered such action. Typically, as in the current lapse, shutdowns lead to large numbers of employees being sent home on furlough, who are then recalled when the government reopens. Under a provision Trump signed into law in his first term, those employees are now guaranteed back pay.

More than 620,000 employees are currently furloughed, a number that will continue to climb as the shutdown drags on.

"Any government worker who loses their job due to RIFs after another failed attempt to negotiate is really going to be there because the Democrats are being intransigent," Hassett said.

How lawmakers resolve the current impasse remains unclear. Senate Minority Leader Chuck Schumer, D-N.Y., showed no signs of backing down on Monday, saying from the Senate floor that he was ready to negotiate and Republicans were refusing to do so.

In addition to the layoff threat, administration officials sought to raise the shutdown stakes by emphasizing the impacts of the lapse. Transportation Department Secretary Sean Duffy said on Monday the Federal Aviation Administration has seen a "slight tick up" in employees calling out sick since the shutdown began. FAA's air traffic controllers are forced to work without immediate pay during a funding lapse. They have yet to actually face delayed pay due to the timing of paycheck delivery, though Duffy noted checks sent to their accounts next week would be missing pay from the first few days of the shutdown.

"If we have additional sick calls, we will reduce the flow consistent with a rate that's safe for the American people," Duffy said of the possibility of canceling flights.

Senate Majority Leader John Thune, R-S.D., said on the Senate floor Monday that the shutdown is putting a food program aimed at women, infants and children at risk.

"They own any lapse in funding for critical food aid programs, just as they own every other negative effect of the shutdown," Thune said.

## Related articles

More employees set to receive furlough notices as shutdown drags on

Your guide to pay and benefits during a shutdown



**Share your news tips with us:**
**Eric Katz:** ekatz@govexec.com, Signal: erickatz.28

Cited in Bakken v US 4th Mil Acad 25-cv-7826 Decided 5/29/26 Archived on 6/30/26 This document is protected by copyright. Further reproduction is prohibited without permission.



**NEXT STORY:**

[Senate confirms Rhodes to lead White House procurement office](#)



...ce

**...signs order moving thousands of federal employees into Schedule F**



...ce

**...ere told they'd move on. A year later, many fired federal employees say they haven't been able to**



...ce                                                          *Pay & Benefits*

**...uld limit federal relocations to states with abortion restrictions** **OPM to set new requirements to 'verify' FEHBP enrollments**



*...enefits*                                                  *Sponsor Content*

**...ling paid leave for federal workers is back on the table** Troubleshoot complex application environments

Cited in Aitken v US. Will Assad
25CV7826 Decided on 6/30/26
Archived on 6/30/26
This document is protected by copyright.
Further reproduction is prohibited without permission.