**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 4, 2026

**By ECF**
The Honorable Cathy Seibel
United States District Judge
300 Quarropas Street
White Plains, NY 10601

Re: *Tim Bakken v. U.S. Military Academy*, *et al.*, No. 25 Civ. 7826 (CS)

Dear Judge Seibel:

This Office represents the United States Military Academy ("USMA") and the individual defendants (the "Government"), in the above-referenced action. We write jointly with counsel for Plaintiff respectfully to request that the Court conference scheduled for September 10, 2026 be canceled. Earlier today, the parties submitted a proposed stipulated judgment to the Court. In light of this submission and as was discussed at the last court conference held on August 5, the parties do not believe the conference scheduled for September 10 is necessary. Nonetheless, if the Court has questions or wishes to hold the conference, the parties are available to attend.

We thank the Court for its attention to this matter and consideration of this request.

Respectfully,

JAMES M. MCDONALD
United States Attorney

By: /s/ *Dana Walsh Kumar*
DANA WALSH KUMAR
Assistant United States Attorney
Tel.: (212) 637-2741

cc: Plaintiff's Counsel (By ECF)

In light of the parties' submission of a proposed stipulated judgment, the September 10 conference is no longer necessary and therefore canceled.

SO ORDERED.

Cathy Seibel

CATHY SEIBEL, U.S.D.J.

9/8/26