Goldman Law PLLC
Attorney & Counselor at Law

372 South Plank Road, Suite 2
Newburgh, New York 12550
Main: (845) 534-6472
Fax: (845) 579-3064
www.jrgoldmanlaw.com

Jonathan R. Goldman, Esq.
Direct Ext: 1001
Email: jgoldman@jrgoldmanlaw.com

**VIA ECF**

September 17, 2026

Hon. Cathy Seibel, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Bakken v. U.S. Military Academy, et al.*
No. 25-cv-07826 (CS)

Dear Judge Seibel,

This office is co-counsel to Plaintiff Tim Bakken in the above-referenced matter. Following the Court's entry of final judgment on September 8, 2026, Plaintiff anticipates taxing costs and making an application for attorneys' fees pursuant to FRCP 54 and 28 U.S.C. § 2412(a) and (b). Under FRCP 54(d)(2), Plaintiff's application for fees is due within 14 days of entry of the judgment and, under SDNY Local Rule 54.1(a), notice of taxation of costs must be filed within 30 days of entry of judgment.

Counsel for all parties have conferred and, in the interests of efficiency and judicial economy, we jointly respectfully request that the deadline for any application by Plaintiff to tax costs and to seek to recover attorneys' fees be stayed until the later of 14 days following expiration of the Government's time to file a notice of appeal or 60 days following the final disposition of the case in the Second Circuit or the U.S. Supreme Court.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Jonathan R. Goldman*

Jonathan R. Goldman, Esq.

cc: All counsel of record (by ECF)