UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIM BAKKEN,

Plaintiff,

v.

UNITED STATES MILITARY ACADEMY, *et al.*,

Defendants.

No. 25 Civ. 7826 (CS)

**NOTICE OF APPEAL**

Defendants appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered on September 8, 2026.

Dated: November 5, 2026
New York, New York

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: /s/ *Dana Walsh Kumar*
DANA WALSH KUMAR
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2741
E-mail: dana.walsh.kumar@usdoj.gov